IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TANNING RESEARCH LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAO BRANDS COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   C.A. No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT FOR DECLARATORY JUDGMENT RE ALLEGED
TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION**

Plaintiff, TANNING RESEARCH LABORATORIES, INC. (hereafter "TRL"), by its undersigned attorneys, complains of defendant KAO BRANDS COMPANY (hereafter "Kao Brands") and alleges as follows:

**NATURE OF THE ACTION**

1. In this action plaintiff TRL seeks a declaratory judgment in accordance with Rule 57 of the Federal Rules of Civil Procedure that TRL has not violated Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and that is has not committed any acts of trade dress infringement or unfair competition.

2. This action arises under the Trademark and Unfair Competition Laws of the United States, as embodied in Title 15 of the United States Code.

**JURISDICTION AND VENUE**

3. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1332, 1338, 2201, and 2202 and 15 U.S.C. §§ 1116, 1117, 1121, and 1125. This Court also has jurisdiction under 28 U.S.C. § 1332(a)(1) due to the fact that the parties are citizens of different states and the amount in controversy exceeds the value of $75,000, exclusive of interest and costs.

    4.       Venue is proper within this judicial district under 28 U.S.C. § 1391(b).

## THE PARTIES

    5.       Plaintiff TRL is a corporation organized and existing under the laws of the State of Florida and has a principal place of business at 1190 U.S. Highway 1, Tomoka Estates, Ormond Beach, Florida 32174. TRL is in the business of manufacturing and selling a wide range of suncare, tanning, and aftersun products under the world-famous trademark HAWAIIAN TROPIC®.

    6.       On information and belief, defendant Kao Brands is a corporation organized under the laws of the State of Delaware, with a place of business at 2535 Spring Grove Avenue, Cincinnati, Ohio 45214. On information and belief, Kao Brands is currently doing business in this judicial district by selling and offering for sale personal care products to the trade and public in this district, including products sold under the BAN®, BIORÉ®, CURÉL®, and JERGENS® brand names.

## BACKGROUND FACTS

    7.       TRL has been and presently is extensively engaged in the production, advertisement, promotion, and sale of suncare, tanning, and aftersun products throughout the United States and the world. These products are sold under the famous HAWAIIAN TROPIC® trademark, which in the United States is uniformly presented in a very distinctive and highly stylized form, wherein "HAWAIIAN" is printed in arching capital letters above the word "Tropic," in which the "T" is shaped like a palm tree and the dot on the "i" is shaped like the sun. The HAWAIIAN TROPIC® trademark is the subject of multiple federal trademark registrations covering a wide range of suncare and tanning products, as well as merchandise such as caps, clothing, and the like.

8. Since its inception in 1969, TRL has continuously expanded its line of HAWAIIAN TROPIC® branded products to encompass a full range of suncare and tanning products, which have enjoyed outstanding commercial success.

9. In 2005, TRL decided to add a new sunless tanning product to its HAWAIIAN TROPIC® family of products, under the name HAWAIIAN TROPIC® ISLAND GLOW™ Daily Moisturizer (hereafter "HAWAIIAN TROPIC® ISLAND GLOW™"). HAWAIIAN TROPIC® ISLAND GLOW™ comes in two formulations, one for light skin tones and one for medium skin tones. Each formulation is packaged in a generic eight-ounce tube that is commonly used in the trade. The color of the tube for the medium skin tone formulation is a darker shade of tan than the color of the tube for the light skin tone formulation, so that consumers can easily tell which formulation is better suited for his or her complexion. The packaging of both formulation types bears the famous, stylized HAWAIIAN TROPIC® trademark and conveys an exotic tropical island theme, consistent with the HAWAIIAN TROPIC® image. Photographs showing the packaging of the two formulations of HAWAIIAN TROPIC® ISLAND GLOW™ are attached as Exhibit 1.

10. Since 1969, TRL has sold many hundreds of millions of dollars of products under the HAWAIIAN TROPIC® trademark and has expended over $43,000,000 to advertise and promote such products through television, radio, internet, and print advertising, as well as in catalogs and brochures. As part of its advertising and promotional efforts, TRL has sponsored the world-famous MISS HAWAIIAN TROPIC INTERNATIONAL® annual beauty pageant for the past 22 years.

11. As a result of TRL's use, extensive advertising and promotion, and substantial sales, the stylized HAWAIIAN TROPIC® mark has become famous and well-known

to the public and trade as identifying a high quality product of TRL. The public and trade have come to recognize the HAWAIIAN TROPIC® mark as that of TRL, and have come to associate it exclusively with TRL.

### THE ACTIVITIES OF DEFENDANT

12. On information and belief, Kao Brands manufactures and sells JERGENS® Natural Glow Daily Moisturizer (hereafter " JERGENS® Natural Glow"), which Kao Brands asserts it launched in January 2005. Although labeled as a moisturizer, JERGENS® Natural Glow contains dihydroxyacetone ("DHA"), which is a sunless tanning ingredient. According to the product packaging, daily use of JERGENS® Natural Glow will lead to "a subtle development of color within several days." JERGENS® Natural Glow is available in two formulations, one for fair skin tones and one for medium skin tones. Attached as Exhibit 2 are photographs of the packaging for these two formulations of JERGENS® Natural Glow.

13. On information and belief, the packaging of TRL's HAWAIIAN TROPIC® ISLAND GLOW™ was on display at a tube vendor's booth at the Health and Beauty Aids show in New York on September 27, 2005. HAWAIIAN TROPIC® ISLAND GLOW™ also is currently featured as a new product on TRL's hawaiiantropic.com website.

14. On or around October 4, 2005, TRL received a letter from the law firm of Fross Zelnick Lehrman & Zissue, P.C., which claimed to represent Kao Brands. The letter asserted that the packaging of HAWAIIAN TROPIC® ISLAND GLOW™ "is a nearly identical copy of our client's trade dress, and constitutes unfair competition under Section 43(a) of the Lanham Trademark Acts of 1946" and that "[a] clearer case of trade dress infringement would be difficult to imagine." The letter concluded by demanding that TRL change its product packaging.

15. TRL has made a substantial investment in its HAWAIIAN TROPIC® ISLAND GLOW™ product and soon must begin shipping this product to retail customers in response to orders.

## CLAIM FOR RELIEF

(Declaratory Judgment and Injunctive Relief)

16. This is an action for a declaratory judgment that the packaging of TRL's HAWAIIAN TROPIC® ISLAND GLOW™, shown in Exhibit 1, does not infringe any protectible trade dress rights of defendant under the Lanham Act (15 U.S.C. § 1125(a)).

17. TRL realleges and incorporates herein by reference Paragraphs 1 through 15 of this Complaint as if repeated here in their entirety.

18. There is an actual and justiciable controversy between the parties hereto.

19. Defendant has charged TRL with trade dress infringement and unfair competition and demanded that TRL change the packaging of its HAWAIIAN TROPIC® ISLAND GLOW™ product, instilling in TRL a reasonable apprehension that it will face an infringement suit if it continues with its launch of HAWAIIAN TROPIC® ISLAND GLOW™.

20. Kao Brands has no trade dress rights in the packaging of its JERGENS® Natural Glow product. The JERGENS® Natural Glow packaging consists of a generic tube commonly used by the trade to package lotions, creams, gels, and the like, and the coloring of the tube and the text thereon are non-distinctive and functional.

21. The packaging of HAWAIIAN TROPIC® ISLAND GLOW™ does not infringe any allegedly protectible trade dress rights that Kao Brands contends exist in the packaging of its JERGENS® Natural Glow product. The packaging of HAWAIIAN TROPIC® ISLAND GLOW™ is clearly and prominently labeled with the famous HAWAIIAN TROPIC®

trademark and is not likely to cause confusion, mistake, or deception as to the source of TRL's products.

22. Unless Kao Brands is enjoined from asserting its alleged claims of trade dress infringement and unfair competition, TRL will be irreparably harmed in its reputation and valuable relations with its customers.

23. TRL has no adequate remedy at law.

WHEREFORE TRL asks that this Court grant it a judgment:

(a) Restraining and enjoining defendant, its principals, agents, servants, employees, successors, and assigns, and all those in privity, concert, or participation with them, from making any threats, or initiating any legal action in any court, regarding claims of trade dress infringement or unfair competition against TRL and/or against any of TRL's customers or potential customers, or otherwise competing unfairly with TRL with respect to the packaging of HAWAIIAN TROPIC® ISLAND GLOW™;

(b) Declaring that defendant has no protectible trade dress rights in the packaging of its JERGENS® Natural Glow product;

(c) Declaring that TRL has not infringed any protectible trade dress rights in the packaging of JERGENS® Natural Glow under 15 U.S.C. § 1125(a);

(d) Awarding TRL its reasonable attorney fees, as well as the costs and expense incurred by it in connection with this lawsuit; and

(e) Awarding TRL such other and further relief as this Court may deem just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for plaintiff Tanning Research
  Laboratories, Inc.

OF COUNSEL:

Pasquale A. Razzano
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

John W. Behringer
Edmund J. Haughey
FITZPATRICK, CELLA, HARPER & SCINTO
1900 K Street, N.W.
Washington, DC 20006
(202) 530-1010

October 27, 2005
490123

1



2

