IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TANNING RESEARCH LABORATORIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. _____ |
| v. | ) ) | |
| KAO BRANDS COMPANY, | ) ) ) | |
| Defendant. | ) | |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Tanning Research Laboratories, Inc. states that it is a wholly-owned subsidiary of Tiki Hut Holding Company, Inc., which is a privately-held Florida corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for plaintiff Tanning Research
  Laboratories, Inc.

OF COUNSEL:
Pasquale A. Razzano
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

John W. Behringer
Edmund J. Haughey
FITZPATRICK, CELLA, HARPER & SCINTO
1900 K Street, N.W.
Washington, DC 20006
(202) 530-1010

October 27, 2005

342137