AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __DELAWARE__

Tanning Research Inc.
Laboratories, Inc.

        Plaintiff,

v.

KAO Brands Company,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 - 751

TO:   KAO Brands Company
       c/o The Corporation Trust Company
       1209 N. Orange St.
       Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

       Jack B. Blumenfeld (#1014)
       Karen Jacobs Louden (#2881)
       Morris, Nichols, Arsht & Tunnell
       1201 N. Market Street
       P.O. Box 1347
       Wilmington, DE 19899-1347
       (302) 658-9200

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

*Monica Mosley* (signature)

BY DEPUTY CLERK

10/27/05

DATE

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-9-06 @ 11:25 am | |
| NAME OF SERVER (PRINT) Chris Scargill | TITLE Messenger | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Orange Street _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ (specify): _____                                                                 Other

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-9-06     *Chris Scargill*
                Date        Signature of Server
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, Wilmington, DE 19801

Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure