IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TANNING RESEARCH ) <br> LABORATORIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KAO BRANDS COMPANY, ) <br> ) <br> Defendant. ) | C.A. No. 05-751 (JJF) |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that plaintiff Tanning Research Laboratories, Inc. hereby dismisses the Complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        /s/ Karen Jacobs Louden
                        Jack B. Blumenfeld (#1014)
                        Karen Jacobs Louden (#2881)
                        kjlefiling@mnat.com
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                          Attorneys for plaintiff Tanning Research
                          Laboratories, Inc.

OF COUNSEL:

Pasquale A. Razzano
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112

John W. Behringer
Edmund J. Haughey
FITZPATRICK, CELLA, HARPER & SCINTO
1900 K Street, N.W.
Washington, DC  20006

April 20, 2006